UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                         Case No. 16-cr-20693
                                                      Hon. Matthew F. Leitman

v.

CHARLES HENRY PINNER,

      Defendant.

---

**ORDER FOR TRANSPORTATION OF DEFENDANT
FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION**

---

On December 21, 2016, the Court granted the Defendant's oral motion for a competency examination of the Defendant, and ordered the Bureau of Prisons to inform the Assistant United States Attorney once the Defendant has been designated to a suitable facility.  The Bureau of Prisons has designated the Defendant to Chicago MCC, Chicago, IL.  The Court therefore orders that the U.S. Marshals Service transport Defendant to and from Chicago MCC, Chicago, IL for evaluation.  The Court further orders that the U.S. Marshals Service transport the Defendant to Chicago MCC, Chicago, IL as soon as is possible.

**IT IS SO ORDERED.**

                                                        s/Matthew F. Leitman
                                                        MATTHEW F. LEITMAN
                                                       UNITED STATES DISTRICT JUDGE

Dated:  January 5, 2017

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 5, 2017, by electronic means and/or ordinary mail.

                                          s/Holly A. Monda  
                                          Case Manager  
                                          (313) 234-5113